IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03085-CMA-KLM

SAVOY SMITH,

    Plaintiff,

v.

UNDER ARMOUR, INC., a Maryland Corporation, and
JR286, INC., a California Corporation,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant JR286, Inc.'s Joinder in Defendant Under Armour, Inc[.]'s Motion to File Designation of Non-Parties** [#15][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED**. Accordingly, the Court deems Defendant Under Armour, Inc.'s Motion to File Designation of Non-Parties [#13] as filed jointly by Defendant Under Armour, Inc. and Defendant JR286, Inc.

    Dated: December 16, 2013

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.