IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03085-CMA-KLM

SAVOY SMITH,

    Plaintiff,

v.

UNDER ARMOUR, INC., a Maryland Corporation, and
JR286, INC., a California Corporation,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Notice of Settlement** [#41][1].

IT IS HEREBY **ORDERED** that the Final Pretrial Conference set for October 29, 2014 at 10:00 a.m. is **VACATED**.

IT IS FURTHER **ORDERED** that Plaintiff's Motion for Reconsideration of Court's Order Denying Motion [#30] to Enlarge Time to Complete Discovery & Extend the Time for Expert Disclosures [#39] is **DENIED as moot**.

IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **October 3, 2014**.

Dated: September 25, 2014

---

[1] "[#41]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.