IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-03085-CMA-KLM

SAVOY SMITH,

    Plaintiff,

v.

UNDER ARMOUR, INC., a Maryland corporation, and
JR286, INC., a California corporation,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to the Stipulated Motion to Dismiss With Prejudice (Doc. # 44), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED:  November __10__, 2014

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Court Judge